**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. SHIPOWNERS' AND MERCHANTS' TUGBOAT COMPANY, Respondent.**

**No. 7264.**

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1933.

Pat Malloy, Asst. Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, ordered petition to review dismissed; mandate forthwith.